| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | Civil Conference<br>Minute Entry |

Before: Diane Gujarati                      Date:    12/6/2021
       U.S. District Judge                 Time:    5:00 p.m.

Court Deputy: Kelly Almonte
Court Reporter/Tape No: 21-cv-04380.12.6.21

*Greene v. NYC Health and Hospital Corp.*
21-cv-04380 (DG)(PK)

Type of Conference: Telephone Premotion Conference

Appearances:    Plaintiff        Jason Mizrahi

                   Defendant     Andrea Mary O'Connor

Summary: Pre-Motion Conference held on 12/6/2021. Jason Mizrahi appeared on behalf of Plaintiff; Andrea O'Connor appeared on behalf of Defendant. Case called. Defendant's anticipated motion to dismiss the Complaint was discussed. The parties were directed to file a joint status letter by December 20, 2021.

                                                              SO ORDERED.

                                                              /s/ Diane Gujarati
                                                              DIANE GUJARATI
                                                              United States District Judge